UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Frederico Reyes Vasquez,<br>     Petitioner<br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security,<br><br>TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,<br><br>Michael Bernacke, in his official capacity as ICE Field Officer Director and Warden in current custody of Pettioner,<br><br>PAMALA BONDI, in her official capacity as<br><br>the United States Attorney General,<br>The Executive Office for Immigration Review<br><br>United States Immigration and Customs Enforcement.<br>          Respondents | **ORDER OF RECUSAL**<br><br>2:25-cv-01146<br><br>District Judge David Barlow |

    I recuse myself in this case and ask that the appropriate assignment card for equalization be drawn by the clerk's office.

    Dated December 22, 2025.

BY THE COURT:

_____
David Barlow, United States District Judge