IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FEDERICO REYES VASQUEZ,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of Immigration & Customs Enforcement; MICHAEL BERNACKE, in his official capacity as ICE Field Officer Director and Warden in current custody of Petitioner, et al.,<br><br>Respondents. | **ORDER SETTING BRIEFING SCHEDULE**<br><br>Case No. 2:25-cv-01146-JNP<br><br>Chief District Judge Jill N. Parrish |

On December 31, 2025, the court entered an Order requiring Respondents to facilitate Mr. Reyes Vasquez's return to the United States within 21 days. *See* ECF No. 13. Counsel for Petitioner has since filed a motion requesting a decision on Petitioner's Motion for Signing of I-918 Supplement B, and Respondents have filed for an extension of time to submit responses to that motion and Petitioner's Motion for Sanctions. *See* ECF Nos. 8, 9, 14, 15.

Because the court aims to restore the status quo of these proceedings before addressing the substantive issues, the court finds good cause to grant Respondents' Motion for Extension of Time. In the interest of preparing the substantive issues for decision upon return of Petitioner to the United States, the court also now sets a briefing schedule for the remaining motions and the amended petition.

## CONCLUSION AND ORDER

The court hereby ORDERS:

1. Petitioner's Motion to Withdraw its Motion to Withdraw is **GRANTED**. ECF No. 7. The Motion to Withdraw (ECF No. 6) is **WITHDRAWN**.

2. Respondents' Motion for Extension of Time is **GRANTED**. ECF No. 15. Respondents may file a response to Petitioner's Motion for Sanctions and Motion for Signing of I-918 Supplement B by Thursday, January 22, 2026.

3. Petitioner's Motion requesting a decision on his Motion for Signing of I-918 Supplement B is **DENIED**, given the court's grant of the Motion for Extension. ECF No. 14.

4. Respondents are **ORDERED TO SHOW CAUSE** why the Amended Petition for Writ of Habeas Corpus should not be granted by Monday, January 19, 2026. *See* 28 U.S.C. § 2243. The Petitioner's reply, if any, shall be filed by Thursday, January 22, 2026.

Signed January 8, 2026.

BY THE COURT

_____
Jill N. Parrish
United States Chief District Judge