IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FEDERICO REYES VASQUEZ,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of Immigration & Customs Enforcement; MICHAEL BERNACKE, in his official capacity as ICE Field Officer Director and Warden in current custody of Petitioner, et al.,<br><br>    Respondents. | **ORDER SETTING BRIEFING SCHEDULE**<br><br>Case No. 2:25-cv-01146-JNP<br><br>Chief District Judge Jill N. Parrish |

On February 6, 2025, Petitioner Reyes Vasquez was returned to the United States per the court's December 31, 2025 Order. *See* ECF No. 43. That same day, counsel for Petitioner moved to amend the complaint and filed a motion for a temporary restraining order. *Id.*

In the interest of moving the case forward in an expeditious manner, given both the pending TRO motion and that Petitioner is now back in detention, the court sets the following briefing schedule.

**CONCLUSION AND ORDER**

The court hereby ORDERS:

1. Respondents' responses to the motion to amend and the motion for TRO shall be filed by Wednesday, February 18, 2026.

2. Petitioner's replies, if any, shall be filed by Wednesday, February 25, 2026.

3. The court sets an in-person hearing on the motion to amend and the motion for TRO on Friday, February 27, 2026, at 10 a.m.

Signed February 6, 2026.

BY THE COURT

_____
Jill N. Parrish
United States Chief District Judge